UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-SENTENCING

LEXINGTON        Case No. 17-CR-49-JMH-REW-1             At LEXINGTON         Date October 30, 2017

U.S.A. vs Trammell Deon Young          X present       X custody      __bond  X OR  AGE__

DOCKET ENTRY:
    Proceedings held as noted.   The Court OVERRULED the defendant's objection to the two-point enhancement in the Presentence Report, for reasons stated on the record.  The Court adopts the Presentence Report as prepared by the United States Probation Office as its findings.  The Presentence Report shall be maintained under seal. The parties had no objections to the sentence as stated.

PRESENT:
HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE



Signed By:
Joseph M. Hood
Senior U.S. District Judge

Genia Denisio         Linda Mullen
Deputy Clerk          Court Reporter

AUSA Gary Todd Bradbury for Lauren Tanner Bradley
Assistant U.S. Attorney

Edward M. Thompson    X present    __retained    X  appointed
Counsel for defendant

PROCEEDINGS:        **SENTENCING (Non-Evidentiary)**

 x     Objections to the Presentence Report by defendant were OVERRULED for reasons stated on the record.

 __    No objections to Presentence Report.

 __    The Court Reporter shall transcribe the proceedings of the hearing on the objections to the Presentence Report and file it in the record.

 x     Transcript shall be deemed as written findings of the Court.

 x     Court's Advice of Right to Appeal executed by Defendant and will be filed in the record.

 x     Judgment shall be entered.  (See Judgment & Commitment.)

 __    Defendant to remain on conditions of release.

 x     Defendant remanded to custody.

TIC:   17 min

Initials of Deputy Clerk gld